IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LESLIE HUMPHREY,** | : | No. 22-CV-01587 |
| **Plaintiff,** | : | |
| v. | : | |
| **GERALD DANIEL WORLDWIDE INC.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## A M E N D E D   O R D E R

**AND NOW**, this 4th day of April, 2024, upon consideration of Defendant Gerald Daniel Worldwide Inc.'s motion for summary judgment (Doc. 8), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows: (1) Defendant's motion is **GRANTED** with respect to Count I asserting violations of Title VII of the Civil Rights Act of 1964 and the Pregnancy Discrimination Act, which is **DISMISSED** with prejudice; (2) Defendant's motion is **DENIED** with respect to Counts II and III asserting violations of the Americans with Disabilities Act of 1990 and the Pennsylvania Human Relations Act based on a failure to accommodate; and (3) the prior order on Defendant's motion (Doc. 18) was issued in error and is hereby **VACATED.**

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
